

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-13-00645-CV

MARVA ZACHAIRE, Appellant

V.

TEXAS BEST STAFF LEASING INC. D/B/A ALT-SOURCE AND BARRON BUILDER AND MANAGEMENT COMPANY, Appellees

Appeal from the 270th District Court of Harris County.   (Tr. Ct. No. 2009-45507).

**TO THE 270TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 16th day of September 2014, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

> Appellant, Marva Zachaire, has neither established indigence nor paid, or made arrangements to pay, all the required fees and has not paid, or made arrangements to pay, the fee for preparing the clerk's record. After being notified that this appeal was subject to dismissal, appellant did not adequately respond. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be dismissed.
>
> The Court **orders** that the appellant, Marva Zachaire, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered September 16, 2014.

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Jennings and Keyes.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

January 23, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

